UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA
16-1320

| | |
|---|---|
| CAPITAL MEDICAL CENTER | ) |
| | ) |
| | ) |
| Petitioner | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| NATIONAL LABOR RELATIONS BOARD, | ) |
| | ) |
| Respondent | ) |
| | ) |

**CERTIFICATE AS TO PARTIES,
RULINGS, AND RELATED CASES**

Pursuant to Circuit Rule 28(a)(1) of this Court's rules, counsel for Capital Medical Center certifies the following:

**A. Parties And Amici**

1. Capital Medical Center was the Respondent in the underlying proceedings before the NLRB. It is the Petitioner before this Court.

2. UFCW Local 21 was the Charging Party in the underlying proceedings before the NLRB. The Union has filed a motion to intervene in this proceeding.

1

3. National Labor Relations Board (Board) is the Respondent before this Court.

4. There are no amici in this matter.

## B. Rulings Under Review

Decision and Order of National Labor Relations Board in *Capital Medical Center,* 364 NLRB No. 69 (August 12, 2016).

## C. Related Cases

There are no related cases pending in any court.

So certified, this 17th day of October, 2016.

/s/ Charles P. Roberts III

Constangy, Brooks, Smith & Prophete, LLP
Suite 300, 100 N. Cherry Street
Winston-Salem, NC 27101
Telephone: 336-721-6852
Facsimile: 336-283-0380
croberts@constangy.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2016 I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the CM/ECF system. All participants in the case are registered CM/ECF users and will be served by the CM/ECF system.

This the 17th day of October 2016.

/s/ Charles P. Roberts III